# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES MATTHEW WIRTH,
Petitioner,
vs.
THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING,
Respondent.

No. 80315

**FILED**

JAN 2 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

In this original petition for a writ of mandamus, petitioner seeks an order directing the district court to resolve all pending matters in two different district court cases. Petitioner contends the district court's inaction is preventing him from pursuing appellate relief.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88

P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Cadish

cc: Charles Matthew Wirth
Attorney General/Carson City
Pershing County Clerk

---

[1]We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits.